IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

FREEDOM FROM RELIGION
FOUNDATION, INC., ANNE
NICHOL GAYLOR, ANNIE LAURIE
GAYLOR and DAN BARKER,

                                      ORDER

             Plaintiffs,

                                    06-cv-212-bbc

  v.

JAMES R. NICHOLSON,
JONATHAN PERLIN, HUGH MADDRY,
KEITH ETHRIDGE and JENI COOK,

            Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In accordance with the directive of the Court of Appeals for the Seventh Circuit, this case is DISMISSED for lack of jurisdiction.

      Entered this 2d day of October, 2008.

                                      BY THE COURT:
                                      /s/
                                      BARBARA B. CRABB
                                      District Judge

1