# UNITED STATES DISTRICT COURT

## Western District of Wisconsin

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC., ANNE NICHOL GAYLOR, ANNIE LAURIE GAYLOR and DAN BARKER, | **JUDGMENT IN A CIVIL CASE**<br><br>Case No.: 06-cv-212-bbc |
| Plaintiffs, | |
| v. | |
| JAMES R. NICHOLSON, JONATHAN PERLIN, HUGH MADDRY, KEITH ETHRIDGE and JENI COOK, | |
| Defendants. | |

**This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.**

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

JOEL W. TURNER

Joel W. Turner, Acting Clerk

/s/ S. Vogel
by Deputy Clerk

10/3/08

_____
Date